2022-04517

**G**

Section 11

JURY

FILED
2022 MAY 20  P 05:29
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. _____   SECTION _____   DIVISION " "

### GILDA FREDERICK

### VERSUS

### AT&T CORP (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), ET AL.

FILED:_____    _____
                          DEPUTY CLERK

### ORIGINAL PETITION

1. COMES NOW Petitioner GILDA FREDERICK ("Petitioner," "GILDA FREDERICK," or "Ms. Frederick") by and through undersigned Counsel, who respectfully represents as follows:

2. Petitioner GILDA FREDERICK is an adult resident citizen and domiciliary of the State of Louisiana.

3. The Defendants listed below, and more fully identified in Exhibit "A" hereto, are either foreign corporations licensed to do and doing business in the State of Louisiana or a domestic corporation licensed to do and doing business in the State of Louisiana and are joint and solidary obligors, liable unto Petitioner for the offenses and quasi-offenses asserted herein.

**DEFENDANTS:**

A. **AT&T CORP** (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), a New York Corporation with its principal place of business in the State of New Jersey;

B. **K & B LOUISIANA CORPORATION** *successor by merger to* KATZ & BESTHOFF, INC., a Louisiana Corporation with its principal place of business in the State of Louisiana;

C. **NOKIA OF AMERICA CORPORATION** (*f/k/a* ALCATEL-LUCENT USA INC., *f/k/a* LUCENT TECHNOLOGIES INC. *sued individually and as successor-in-interest to* WESTERN ELECTRIC COMPANY, INC. and as indemnitor to AT & T CORPORATION), a Delaware Corporation with its principal place of business in the State of New Jersey;

E-Filed

VERIFIED
Jovan Gibson
2022 MAY 23  A 09:54

2022-04517

**G**

Section 11

## VENUE AND JURISDICTION

4. The Parish of Orleans is a proper venue pursuant to Louisiana Code of Civil Procedure Articles 42, 45(3) 73, and 74 because offenses and quasi offenses occurred in Orleans Parish, as more fully described below, and Petitioner sustained damages as a result of these offenses and quasi offenses.

5. The State of Louisiana is a proper jurisdiction because Defendant **K & B LOUISIANA CORPORATION** *successor by merger to* KATZ & BESTHOFF, INC, is a domestic corporation licensed to do business in the State of Louisiana and is a joint and solidary obligor under Article 73 of the Louisiana Code of Civil Procedure for offenses and quasi offenses with all other Defendants named herein.

## BACKGROUND

6. Petitioner Ms. Frederick was born on August 21, 1949. Ms. Frederick grew up in New Orleans and the surrounding area, including Gretna, Louisiana and Bridge City, Louisiana.

7. As a child, adolescent, and adult, Ms. Frederick routinely utilized Johnson & Johnson Baby Powder on her person to minimize sweat and maintain a fresh appearance. Petitioner and her family purchased the Johnson & Johnson talcum baby powder at, *inter alia*, K&B Drugstore (Katz & Besthoff). Johnson & Johnson talcum baby powder was contaminated with hazardous levels of asbestos. The scientific and business communities studying and selling, respectively, talcum powder were aware of this extensive contamination, which was a natural occurrence during the process of mining talc. In spite of this knowledge, Johnson & Johnson and K&B continued to sell talcum powder, thereby causing Ms. Frederick to be exposed to hazardous levels of asbestos.

8. In the early 1970s, Ms. Frederick accepted a job at Western Electric, located at the intersection of Earhardt and South Broad Street (1111 South Broad Street, New Orleans, Louisiana). Ms. Frederick worked at Western Electric until approximately 1983. As a Western Electric employee, Ms. Frederick was responsible (a) installing panel boards and cable on new commercial phones and (b) repairing residential and commercial phones. As a result of this work, Ms. Frederick was directly exposed to asbestos containing building materials within the building

2

E-Filed

Case 2:22-cv-03824-CJB-MBN Document 1-1 Filed 10/12/22 Page 3 of 19

2022-04517

**G**

Section 11

FILED
2022 MAY 20  P 05:29
CIVIL
DISTRICT COURT

itself; asbestos-containing components within the phones; and asbestos containing dust from from the work performed by her co-workers in the surrounding vicinity.

9. Before and during Petitioner's exposure period, each of the Defendants designed, manufactured, packaged, furnished, sold, specified, utilized, controlled, stored, handled, transported, installed, directed the installation of, supplied, and/or repaired asbestos-containing products, which Ms. Frederick utilized (i.e. Johnson & Johnson talcum baby powder) and worked upon (i.e. Western Electric phone systems).. Petitioner was thereby exposed to products that contained the fibrous, incombustible, chemical-resistant mineral substances commonly called "asbestos." When inhaled or otherwise ingested, asbestos causes irreparable and progressive lung damage that can manifest itself as asbestos-related pleural disease, asbestosis, mesothelioma, pulmonary and bronchogenic carcinoma, gastrointestinal cancer, lung cancer and cardiac disease, among other diseases and injuries.

10. Each of the Defendants knew or should have known through industry and medical studies, as well as statutes and regulations, the existence of which were unknown to Petitioner, of the health hazards inherent in the asbestos-containing products described above. Regardless, Defendants continued to design, manufacture, package, furnish, sell, specify, utilize, control, store, handle, transport, install, direct the installation of, supply, and/or repair such asbestos-containing products and failed to warn Petitioner, and the public, of such dangers or re-design their products to prevent such exposure to asbestos. Instead of warning Petitioner and the public about these dangers, the Defendants ignored, down-played or actively concealed such information, or condoned such concealment, in order to utilize asbestos and asbestos-containing products and to avoid litigation by those who were injured from the inhalation of asbestos fibers.

11. As a result, in the course of performing her personal hygiene routine and work duties, Petitioner was exposed to and inhaled or otherwise ingested substantial quantities of asbestos, having neither knowledge nor reason to believe that asbestos was present or dangerous.

12. This exposure caused Petitioner to contract malignant mesothelioma, an incurable and terminal cancer caused by asbestos exposure, and she has suffered and continues to suffer physically, financially, mentally, and emotionally as a direct result of that condition.

3

2022-04517

# G

Section 11

FILED
2022 MAY 20 P 05:29
CIVIL
DISTRICT COURT

13. Because of the latency period prior to the manifestation of asbestos injuries, and because of the active concealment by some Defendants of the extent of harm that may develop from microscopic amounts of exposure to asbestos, Petitioner did not know nor could have reasonably known of her injuries or that her injuries were caused by her asbestos exposure until recently, and not more than one year preceding the filing of this Petition for Damages.

## COUNT ONE
## STRICT LIABILITY AND NEGLIGENCE ALLEGATIONS AGAINST SUPPLIER/PROFESSIONAL VENDOR DEFENDANT

14. The Defendant **K & B LOUISIANA CORPORATION** *successor by merger to* KATZ & BESTHOFF, INC., specified, controlled, transported, stored, handled, marketed, and sold asbestos containing products, specifically including Johnson & Johnson talcum baby powder, which the Defendant knew, or in the exercise of ordinary care, should have known were deleterious and highly harmful to the health of its customers, including Petitioner Ms. Frederick. K&B is and was a large, regional drug store chain with a significant volume of business, which included the re-branding of many products under its own label ("K&B purple"). As such, K&B was a professional vendor, presumed to know the defects in its wares.

15. Regardless, this Defendant created hazardous and deadly conditions to which Petitioner was exposed; namely, exposure to large amounts of asbestos fibers. The Defendant was negligent in one, some, or all the following respects, among others, same being the proximate cause of Petitioner's injuries, illness, and disabilities:

    a. In specifying, controlling, transporting, storing, handling, marketing, selling and otherwise using products that were defective in their composition and construction;

    b. In failing to demand, specify, develop and utilize a substitute material/ design;

    c. In failing to timely and adequately warn its customers, including Ms. Frederick, of the dangerous characteristics and serious health hazards associated with exposure to asbestos and asbestos-containing products such as Johnson & Johnson talcum baby powder;

    d. In failing to place timely and adequate warning labels on the containers of said asbestos-containing products, to warn of the dangers to health of coming into contact with said asbestos-containing products;

Case 2:22-cv-03824-CJB-MBN Document 1-1 Filed 10/12/22 Page 5 of 19

2022-04517

**G**

Section 11

FILED
2022 MAY 20  P 05:29
CIVIL
DISTRICT COURT

    e. Failing to properly test said asbestos-containing products before they were released for use; and

    f. In failing to recall or remove from the stream of commerce said asbestos-containing products despite knowledge of the unsafe and dangerous nature of such products and

    g. In failing to take reasonable precautions or exercise reasonable care to publish information regarding asbestos containing products, including a safe method of disposal of same.

16. The products specified, controlled, transported, stored, handled, marketed, and sold by this Defendant were defective, unreasonably dangerous, and unreasonably dangerous per se, due to the aforementioned defects. Petitioner was an intended and a foreseeable user and bystander who was exposed to these products (i.e. through family member use).

17. As as a result of the aforementioned action and inaction, , Defendant is strictly liable in product liability and liable in negligence to the Petitioner for Petitioner's injuries, illness and disabilities caused by exposure to the Defendant's asbestos-containing products.

## COUNT TWO
## ALLEGATIONS AGAINST EMPLOYER AND/OR PREMISE DEFENDANTS

18. All of the allegations contained in the previous paragraphs, excepting Count One, are re-alleged herein.

19. Defendants, **NOKIA OF AMERICA CORPORATION** (*f/k/a* ALCATEL-LUCENT USA INC., *f/k/a* LUCENT TECHNOLOGIES INC. *sued individually and as successor-in-interest to* WESTERN ELECTRIC COMPANY, INC. and as indemnitor to AT & T CORPORATION) and **AT&T CORP** (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), are Premise Defendants, liable in whole or in part for the injuries sustained by Petitioner. In the alternative, Defendants were employers of Petitioner prior to the date when mesothelioma became a compensable disease under the Louisiana Worker's Compensation Act.

20. Specifically, these Defendants were liable in negligence and strict liability to Petitioner for the enumerated acts, *infra*, in accordance with, but not limited to, Louisiana Civil Code articles

5

E-Filed

2022-04517



**G**

Section 11

2315 and 2317, former Louisiana Civil Code articles 660 and 669, and *Langlois v. Allied Chemical Corp*, 249 So.2d 133 (La. 1971).

21. In particular, Petitioner would show that the Defendants proximately caused Ms. Frederick's mesothelioma through, *inter alia*, the following actions and inactions:

  a. In utilizing, installing, manufacturing and repairing unreasonably dangerous asbestos-containing products (i.e. asbestos containing building materials and telephone equipment);

  b. In failing to provide safety equipment including, but not limited to, respiratory protection for Petitioner to use;

  c. In failing to institute adequate safety measures and protection, including wet methods and exhaust ventilation, against deadly and life-threatening asbestos dust;

  d. In failing to maintain the ambient and environmental conditions of the premise in proper and safe condition;

  e. In failing to properly remove and/or abate said asbestos at this facility during the time Petitioner was working there;

  f. In failing to provide a proper and safe method for the use of asbestos and asbestos-containing products;

  g. In failing to adhere to industry safety standards and other established measures to protect workers from harm;

  h. In failing to monitor the air for airborne asbestos fibers in Petitioner's work areas;

  i. In failing to provide Petitioner with proper medical monitoring;

  j. In failing to educate Petitioner of the hazards of asbestos;

  k. In failing to post warning or caution signs regarding the hazards of asbestos;

  l. In failing to implement the use of asbestos-free materials; and

  m. In inducing Petitioner to work in areas polluted with respirable asbestos fibers.

### COUNT THREE AS TO ALL DEFENDANTS:
### DAMAGES

22. WHEREFORE, on the basis of all of the foregoing allegations, Petitioner requests that Defendants be served with this Petition and that there be judgment against these Defendants as joint and solidary obligors in a sum sufficient to compensate Petitioner for the following:

E-Filed

Case 2:22-cv-03824-CJB-MBN Document 1-1 Filed 10/12/22 Page 7 of 19

2022-04517

# G

Section 11

FILED
2022 MAY 20 P 05:29
CIVIL
DISTRICT COURT

a. The conscious past, present and future physical pain and suffering and mental anguish sustained by Petitioner GILDA FREDERICK;

b. The physical impairment suffered by Petitioner GILDA FREDERICK;

c. The disfigurement suffered by Petitioner GILDA FREDERICK;

d. all past, present and future medical costs and expenses incurred by Petitioner GILDA FREDERICK;

e. Past, present and future disability of Petitioner GILDA FREDERICK;

f. Loss of enjoyment of life of Petitioner GILDA FREDERICK,

g. All other forms of relief provided by law or equity together with interest from the date of judicial demand until paid, and costs of these proceedings. Petitioner GILDA FREDERICK prays that after due proceedings had, there be judgment herein in favor of Petitioner and against the Defendants as prayed for.

23. Petitioner filed suit within one (1) year of the date of discovering Petitioner's asbestos-related conditions or the existence of any asbestos-related causes of action.

**WHEREFORE**, Petitioner demands judgment against the Defendants, and each of them, as joint and solidary obligors, for general damages, for their costs expended herein, for interest on said judgment from the date this action accrued until paid, at the legal rate, and for such other and further relief, both at law and in equity, to which Petitioner may show herself justly entitled.

## JURY DEMAND

Petitioner demands that all issues of fact in this case be tried to a properly impaneled jury.

Respectfully submitted,

SUSANNAH CHESTER-SCHINDLER
Bar No. 33523
CHARLES E.J. PHIPPS
Bar No. 39037
WATERS & KRAUS, LLP
3141 Hood Street, Suite 700
Dallas, Texas 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
schester@waterskraus.com
cphipps@waterskraus.com
**ATTORNEYS FOR PETITIONER**

2022-04517



Section 11

PLEASE SERVE THE FOLLOWING DEFENDANTS WITH PETITIONER'S ORIGINAL PETITION FOR DAMAGES:

- A. **AT&T CORP** (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), a New York Corporation with its principal place of business in the State of New Jersey, **may be served through its registered agent for service in the State of Louisiana to-wit: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.**
  This Defendant is being sued as Premise/Employer Defendant.

- B. **K & B LOUISIANA CORPORATION** *successor by merger to* KATZ & BESTHOFF, INC., a Louisiana Corporation with its principal place of business in the State of Louisiana **may be served through its registered agent for service in the State of Louisiana to-wit: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.**
  This Defendant is being sued as a Professional Vendor/Supplier Defendant.

- C. **NOKIA OF AMERICA CORPORATION** (*f/k/a* ALCATEL-LUCENT USA INC., *f/k/a* LUCENT TECHNOLOGIES INC. *sued individually and as successor-in-interest to* WESTERN ELECTRIC COMPANY, INC. and as indemnitor to AT & T CORPORATION), a Delaware Corporation with its principal place of business in the State of New Jersey; **may be served through its registered agent for service in the State of Louisiana to-wit: Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802..**
  This Defendant is being sued as a Premises/Employer Defendant

8

E-Filed

| | | |
|---|---|---|
| **ATTORNEY'S NAME:** | Chester-Schindler, Susannah B 33523 | |
| **AND ADDRESS:** | 3141 Hood Street Suite 700, Dallas, TX 75219 | |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2022-04517**          **DIVISION: G**          **SECTION: 11**

### FREDERICK, GILDA

### Versus

### AT&T CORP SUCCESSOR-IN-INTEREST TO AT&T TECHNOLOGIES, INC. FKA WESTERN ELECTRIC COMPANY INC. ET AL

## CITATION

**TO:** K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA

**THROUGH:** ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

ORIGINAL PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022

| | |
|---|---|
| Clerk's Office, Room 402<br>Civil Courts Building<br>421 Loyola Avenue<br>New Orleans, LA 70112 | CHELSEY RICHARD NAPOLEON, Clerk of<br>The Civil District Court<br>for the Parish of Orleans<br>State of LA<br>by _____<br>Tayler Williams, Deputy Clerk |

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **ORIGINAL PETITION** | **ORIGINAL PETITION** |
| ON K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA | ON K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA |
| THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM | THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM |
| Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____ / ENTERED / _____<br>PAPER       RETURN<br>_____ / _____ / _____<br>SERIAL NO.   DEPUTY   PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA being absent from the domicile at time of said service.<br>Returned the same day<br>_____ No. _____<br>Deputy Sheriff of _____ |

ID: 10923178                      Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Chester-Schindler, Susannah B 33523
AND ADDRESS: 3141 Hood Street Suite 700, Dallas, TX 75219

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2022-04517　　　DIVISION: G　　　SECTION: 11

### FREDERICK, GILDA

### Versus

### AT&T CORP SUCCESSOR-IN-INTEREST TO AT&T TECHNOLOGIES, INC. FKA WESTERN ELECTRIC COMPANY INC. ET AL

### CITATION

TO: K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA

THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM

3867 PLAZA TOWER DRIVE, BATON ROUGE, LA 70816

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
ORIGINAL PETITION

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 24, 2022

Clerk's Office, Room 402　　　　　　　　CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building　　　　　　　　　　The Civil District Court
421 Loyola Avenue　　　　　　　　　　　for the Parish of Orleans
New Orleans, LA 70112　　　　　　　　　State of LA
　　　　　　　　　　　　　　　　　　　　by _Tayler Williams_
　　　　　　　　　　　　　　　　　　　　Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within ORIGINAL PETITION ON K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM  Returned the same day  No. _____  Deputy Sheriff of _____  Mileage: $ _____  _____ / ENTERED / _____  PAPER　　　　RETURN  _____ / _____ / _____  SERIAL NO.　DEPUTY　PARISH | On this _____ day of _____ served a copy of the within ORIGINAL PETITION ON K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO WIT: CT CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said K&B LOUISIANA CORPORATION SUCCESSOR BY MERGER TO KATZ & BESTHOFF, INC., A LOUISIANA CORPORATION WITH ITS PRINCIPAL PLACE OF BUSINESS IN THE STATE OF LOUISIANA being absent from the domicile at time of said service.  Returned the same day  No. _____  Deputy Sheriff of _____ |

ID: 10923178　　　　　　　　　　　　Page 1 of 2



FILED

2022 MAY 31 AM 10: 23

RECEIVED

MAY 31 2022

CLERK OF COURT
CIVIL DIVISION

May 27, 2022

Chelsey Richard Napoleon, Clerk of Court
Clerk of Civil District Court for Parish of Orleans
Civil Division, Room 402
421 Loyola Avenue
New Orleans, Louisiana 70112

Re: Gilda Frederick *vs.* AT&T Corp, *et al*; In the Judicial Civil District Court of Parish of Orleans, State of Louisiana
**Case No: 2022-4517**
Client number: 22-0095

Dear Clerk of the Court:

Attached please find (2) two copies of the Original Petition for service of the below defendants. Please prepare citations to be served on the defendant listed below:

1. **AT&T CORP** (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), **may be served through its registered agent for service in the State of Louisiana to-wit: CT Corporation System, 3867 Plaza Tower Dr., Baton Rouge, LA 70816.**

2. **NOKIA OF AMERICA CORPORATION** (*f/k/a* ALCATEL-LUCENT USA INC., *f/k/a* LUCENT TECHNOLOGIES INC. *sued individually and as successor-in-interest to* WESTERN ELECTRIC COMPANY, INC. and as indemnitor to AT & T CORPORATION), **may be served through its registered agent for service in the State of Louisiana to-wit: Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802.**

If you have any questions, please do not hesitate to contact me at 1-800-226-9880 ext 5526 or email: lcastillo@waterskraus.com.

Thank you in advance for your prompt assistance in this matter.

Sincerely,

Leticia Castillo
Intake Paralegal

SC/lc

PARTNERS
C. Andrew Waters (CA,DC,OR,TX)
Peter A. Kraus (CA,HI,MO,TX,VA)
Charles S. Siegel (PA,TX)
Michael L. Armitage (CA,LA)
Gary M. Paul (CA)
Leslie C. MacLean (PA,TX)
Michael B. Gurien (CA)
Kevin M. Loew (CA)
Joy Sparling (IL)
Susannah B. Chester-Schindler (LA,TX)
Caitlyn Silhan (CA,TX)
Patrick J. Wigle (TX)
Michael P. Connett (CA,PA)

ASSOCIATES
Rajeev K. Mittal (CA)
Christopher L. Johnson (HI,OR,TX,WA)
Sam I. Iola (TX,CA)
Jillian Rice-Loew (CA)
Matthew Bufford (TX)
Elizabeth A. Post (CA)
Leila Mustafa (TX)
Eric M. Przybysz (TX)
Charles E.J. Phipps (LA)

OF COUNSEL
B. Scott Kruka (PA,TX)
Wm. Paul Lawrence II (TX,VA)
William Galerston (IL,TX)
Randall L. Iola (IL,OK,TX)
Kay Gunderson Reeves (TX,WA)
Susan M. Ulrich (CA,MA,WA)

**WATERS & KRAUS,** LLP ATTORNEYS AND COUNSELORS
**DALLAS:** 3141 HOOD ST SUITE 700 DALLAS, TEXAS 75219 **TEL** 214 357 6244 **FAX** 214 357 7252
**LOS ANGELES:** 222 N PACIFIC COAST HIGHWAY SUITE 1900 EL SEGUNDO, CALIFORNIA 90245 **TEL** 310 414 8146 **FAX** 310 414 8156
**MOLINE:** 1530 3RD AVENUE A 2ND FLOOR MOLINE, ILLINOIS 61265 **TEL** 800 226 9880 (by appointment)
**NEW ORLEANS:** P.O. BOX 750670 NEW ORLEANS, LOUISIANA 70175 **TEL** 504-384-8584

VERIFIED
6/01/22

| | |
|---|---|
| **ATTORNEY'S NAME:** | Chester-Schindler, Susannah B 33523 |
| **AND ADDRESS:** | 3141 Hood Street Suite 700, Dallas, TX 75219 |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2022-04517**　　　**DIVISION: G**　　　**SECTION: 11**

### FREDERICK, GILDA
### Versus
### AT&T CORP SUCCESSOR-IN-INTEREST TO AT&T TECHNOLOGIES, INC. FKA WESTERN ELECTRIC COMPANY INC. ET AL

### CITATION

**TO:** NOKIA OF AMERICA CORPORATION (F/K/A ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES INC. SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN ELECTRIC COMPANY, INC. AND AS INDEMNITOR TO AT&T CORPORATION)

**THROUGH:** ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO-WIT: CORPORATION SERVICE COMPANY

501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
ORIGINAL PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA June 1, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

**CHELSEY RICHARD NAPOLEON, Clerk of**
The Civil District Court for the Parish of Orleans, State of LA
by _[signature]_
Tayler Williams, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **ORIGINAL PETITION** ON NOKIA OF AMERICA CORPORATION (F/K/A ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES INC. SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN ELECTRIC COMPANY, INC. AND AS INDEMNITOR TO AT&T CORPORATION) THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO-WIT: CORPORATION SERVICE COMPANY Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / PAPER   RETURN ___/___ SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within **ORIGINAL PETITION** ON NOKIA OF AMERICA CORPORATION (F/K/A ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES INC. SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN ELECTRIC COMPANY, INC. AND AS INDEMNITOR TO AT&T CORPORATION) THROUGH: ITS REGISTERED AGENT FOR SERVICE IN THE STATE OF LOUISIANA TO-WIT: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said NOKIA OF AMERICA CORPORATION (F/K/A ALCATEL-LUCENT USA INC., F/K/A LUCENT TECHNOLOGIES INC. SUED INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO WESTERN ELECTRIC COMPANY, INC. AND AS INDEMNITOR TO AT&T CORPORATION) being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10927958　　　Page 1 of 2

FILED
2022 JUL 19  A 09:59
CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2022-04517　　　　　SECTION 11　　　　　DIVISION "G"

## GILDA FREDERICK

## VERSUS

## AT&T CORP (*successor-in-interest to* AT&T TECHNOLOGIES, INC. *f/k/a* WESTERN ELECTRIC COMPANY INC), ET AL.

### MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff who hereby moves this Court for an Order of Dismissal Without Prejudice, dismissing all claims against K & B Louisiana Corporation ("K&B") and specifically reserving all rights of Plaintiff as to other defendants in the above-captioned matter. Plaintiff has been advised that K&B is currently protected from suit pursuant to the injunction issued by the bankruptcy court presiding over the declaration of bankruptcy filed by LTL Management, LLC.

**IT IS ORDER, ADJUDGED AND DECREED** that all claims of the Plaintiff are dismissed without prejudice, as to K & B Louisiana Corporation. Plaintiff's claims regarding all other defendants in the captioned matter are specifically reserved. Each party is to bear its own costs.

SIGNED at Baton Rouge, Louisiana this _____ day of _____, 2022.

_____
HON. TIMOTHY E. KELLEY

Respectfully submitted:

**WATERS & KRAUS, LLP**

_____
SUSANNAH B. CHESTER-SCHINDLER
Bar No. 33523
CHARLES E.J. PHIPPS
Bar No. 39037
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
schester@waterskraus.com
cphipps@waterskraus.com

ATTORNEYS FOR PETITIONER

E-Filed

VERIFIED
Jovan Gibson
2022 JUL 19  A 10:17

FILED
2022 JUL 19  A 09:59
CIVIL
DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all known counsel of parties to this proceeding by mailing a copy of save to each via facsimile, electronic email, or by First Class Unites States mail, properly addressed and postage prepaid on this 19th day of July, 2022.

_____
SUSANNAH B. CHESTER-SCHINDLER

E-Filed

FILED
2022 JUL 19  A 09:59
CIVIL
DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2022-04517  SECTION 11  DIVISION "G"

### GILDA FREDERICK

### VERSUS

### AT&T CORP (*successor-in-interest to AT&T TECHNOLOGIES, INC. f/k/a* WESTERN ELECTRIC COMPANY INC), ET AL.

### MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff who hereby moves this Court for an Order of Dismissal Without Prejudice, dismissing all claims against K & B Louisiana Corporation ("K&B") and specifically reserving all rights of Plaintiff as to other defendants in the above-captioned matter. Plaintiff has been advised that K&B is currently protected from suit pursuant to the injunction issued by the bankruptcy court presiding over the declaration of bankruptcy filed by LTL Management, LLC.

**IT IS ORDER, ADJUDGED AND DECREED** that all claims of the Plaintiff are dismissed without prejudice, as to K & B Louisiana Corporation. Plaintiff's claims regarding all other defendants in the captioned matter are specifically reserved. Each party is to bear its own costs.

SIGNED at Baton Rouge, Louisiana this _____ day of __OCT 0 6 2022__, 2022.

_____
~~HON. TIMOTHY E. KELLEY~~
Judge Robin M. Giarrusso

Respectfully submitted:

**WATERS & KRAUS, LLP**

_____
SUSANNAH B. CHESTER-SCHINDLER
Bar No. 33523
CHARLES E.J. PHIPPS
Bar No. 39037
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: (214) 357-6244
Facsimile: (214) 357-7252
schester@waterskraus.com
cphipps@waterskraus.com

ATTORNEYS FOR PETITIONER

COST PAID
Deputy Clerk

SHERIFFS COSTS PAID
DEPUTY CLERK

VERIFIED
10/7/2022

VERIFIED
Jovan Gibson
2022 JUL 19  A 10:17

E-Filed

FILED
2022 AUG 23 AM 9: 29
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

NO.: 2022-04517      DIVISION G      SEC. 11

**GILDA FREDERICK**

**VERSUS**

**AT&T CORP.** (*successor-in-interest to* **AT&T TECHNOLOGIES, INC.,** *f/k/a* **WESTERN ELECTRIC COMPANY, INC.**)**, ET AL.**

**FILED:** _____     _____
                                      **DEPUTY CLERK**

**MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Gilda Frederick, and moves to voluntarily dismiss any and all claims against Defendant, AT&T Corp. (as successor-in-interest to AT&T Technologies, Inc., f/k/a Western Electric Company, Inc.) only, *without prejudice*, with each party to bear its own costs. It is recognized that Plaintiff specifically reserves all rights against other all other defendants, solidary obligors and other persons and/or entities named or not named herein.

Considering the above and foregoing:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff, Gilda Frederick, against Defendant, AT&T Corp. (as successor-in-interest to AT&T Technologies, Inc., f/k/a Western Electric Company, Inc.), only, be and hereby are **DISMISSED,** *without prejudice*, with each party to bear its own costs, and specifically reserving to Plaintiff all rights to prosecute claims or actions against all other defendants, solidary obligors and other persons and/or entities named or not named herein.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2022.

_____
DISTRICT COURT JUDGE



*Frederick v. AT&T Corp., et al*
No. 2022-04517
Motion and Order of Voluntary Dismissal - AT&T Corp.

Respectfully submitted,

**WATERS & KRAUS, LLP**

*[signature]*

_____
Susannah Chester-Schindler (Bar No. 3353)
Charles E.J. Phipps (Bar No. 39037)
3141 Hood Street, Suite 700
Dallas, TX 75219
Telephone: 214/357-6244
Facsimile: 214/357-7252
schester@waterskraus.com
cphipps@waterskraus.com
***Counsel for the Plaintiff, Gilda Frederick***

*-And-*

**GORDON REES SCULLY MANSUKHANI, LLP**

*[signature]*

_____
Kay Baxter (LSBA No. 22938)
Daphne M. Lancaster (LSBA No. 34630)
201 St. Charles Ave., Suite 2500
New Orleans, Louisiana 70170
Telephone: 504/524-6868
kbaxter@grsm.com
dlancaster@grsm.com
***Counsel for AT&T Corp. (as successor-in-interest to AT&T Technologies, Inc., f/k/a Western Electric Company, Inc.)***

### CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading has been served upon all known counsel of record via electronic delivery on this 23rd day of August, 2022.

_____
**KAY BAXTER**

FILED
2022 AUG 23 AM 9:29
CIVIL DISTRICT COURT

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO.: 2022-04517        DIVISION G        SEC. 11

### GILDA FREDERICK

### VERSUS

### AT&T CORP. (*successor-in-interest* to AT&T TECHNOLOGIES, INC., *f/k/a* WESTERN ELECTRIC COMPANY, INC.), ET AL.

FILED: _____    _____
                                    **DEPUTY CLERK**

## MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Gilda Frederick, and moves to voluntarily dismiss any and all claims against Defendant, AT&T Corp. (as successor-in-interest to AT&T Technologies, Inc., f/k/a Western Electric Company, Inc.) only, *without prejudice*, with each party to bear its own costs. It is recognized that Plaintiff specifically reserves all rights against other all other defendants, solidary obligors and other persons and/or entities named or not named herein.

Considering the above and foregoing:

IT IS ORDERED, ADJUDGED, AND DECREED that all claims asserted by Plaintiff, Gilda Frederick, against Defendant, AT&T Corp. (as successor-in-interest to AT&T Technologies, Inc., f/k/a Western Electric Company, Inc.), only, be and hereby are **DISMISSED**, *without prejudice*, with each party to bear its own costs, and specifically reserving to Plaintiff all rights to prosecute claims or actions against all other defendants, solidary obligors and other persons and/or entities named or not named herein.

NEW ORLEANS, LOUISIANA, this _____ day of __AUG 2 3 2022__, 2022.

_____
DISTRICT COURT JUDGE
Judge Monique E. Barial

APPROVED
DIVISION "G"

VERIFIED 8/25/22

SHERIFFS COSTS PAID            COST PAID
_____      _____
DEPUTY CLERK                   Deputy Clerk

VERIFIED
8-23-22